IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Neptune International Shipping & Trading S.A, <br><br> Plaintiff, <br><br> v. <br><br> Western Bulk Pte Ltd., <br><br> Defendant, <br><br> and <br><br> Arcelormittal Calvert LLC <br> Archer-Daniels-Midland Company <br> Argos USA LLC <br> C & S Chemicals, Inc. <br> California Steel Industries, Inc. <br> Cemex Construction Materials <br> Cemex Corp. <br> EGA America Inc. <br> Eurochem USA, INC. <br> Glacier Northwest Holding, Inc. <br> J. R. Simplot Company <br> Lehigh Hanson Cement South LLC <br> Rain Carbon Inc. <br> Two Rivers Cement LLC <br><br> Garnishees. | CIVIL ACTION : _____ <br><br> IN ADMIRALTY, Rule 9(h) |

**VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Neptune International Shipping & Trading S.A ("Neptune") brings this action against Western Bulk Pte Ltd. ("Western") *quasi in rem* pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, requesting the issue writs of maritime attachment and garnishment including against Garnishees and states as follows:

**Jurisdiction and Venue**

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).  Neptune further brings this action for security for ongoing London maritime arbitration against Western as provided for in the vessel charter party referred to herein, pursuant to the Federal Arbitration Act, specifically 9 U.S.C. § 8 ("Proceedings begun by libel in admiralty and seizure of vessel or property").

2. Venue is proper in this District because the Garnishees are within the meaning of Supplemental Rule B located, can be found, and/or can be served with process in this District.

3. Venue is also proper in this District because Western's property is or soon will be in this District, because the Garnishees are found and/or can be served with process, namely, the writ of maritime garnishment requested, in this District.

4. Western cannot be found in this District within the meaning of Supplemental Rule B.

**The Parties**

5. Neptune is a corporation organized under the laws of Liberia and at all times relevant to this action the owner of the M/V PEACEFUL SEAS (herein, the "Vessel").  Neptune chartered the Vessel to Western pursuant to a charter party agreement dated January 22, 2022 (the "Charterparty").

6. Western is a corporation organized under the laws of Singapore and chartered the Vessel from Neptune.  Western, as detailed herein, wrongfully has breached the Charterparty and failed or refused to pay Neptune as the Charterparty and related documents require.

7. Garnishees are entities with offices or agents located in this District, which, on information and belief as detailed below, Neptune reasonably believes hold property of Western.

### Facts

### Specific Allegation – Garnishees

14. As confirmed by the U.S. import records summarized in Exhibit A hereto, each Garnishee does business with Western and therefore holds accounts payable to Western, subject to the maritime garnishment writs which Neptune requests through this Verified Complaint.

### Count I – Breach of Maritime Contract

15. Neptune incorporates the above paragraphs as if fully set forth herein.

16. Western breached its maritime contract with Neptune as set out above. Despite repeated demand, Neptune remains unpaid.

17. Neptune therefore demands security for its arbitration, and on the arbitral award, recognition and judgment, as set out more fully below.

### Count II: Maritime Attachment and Garnishment (Rule B)

18. Neptune incorporates the above paragraphs as if specifically set forth herein.

19. Neptune seeks issue of process of maritime attachment so that it may obtain payment for the amounts due to it under the Charterparty.

20. No security for Neptune's claims has been posted by Western, or anyone acting on its behalf to date.

21. Western cannot be found within this District within the meaning of Rule B, but is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction consisting of cash, funds, freight, hire, and/or credits in the hands of garnishees in this District, including but not limited to those named Garnishees herein.

### Prayer for Relief

WHEREFORE, Neptune prays:

A. That, in response to Count I, process of maritime attachment be issued to garnish and attach property of Western in at least the amount of **$105,289.88** (Charterparty expense and damages for breach, including bunkering and delay expenses, at least $65,289.88, and a further $40,000 for accruing interest, attorneys fees, costs, and arbitration expenses including arbitrator fees), in security of Neptune's claims in arbitration;

B. That, in response to Count II, since Western cannot be found within this District pursuant to Supplemental Rule B, this Court issue an Order directing the Clerk to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Western's tangible or intangible property or any other funds held by any garnishee, up to the amount of at least the amount demanded herein to secure Neptune's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in the Verified Complaint;

C. That as provided in Supplemental Rule B, that such person over 18 years of age be appointed, as moved for herein, pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c) to serve process of Maritime Attachment and Garnishment in this action; and

D. That this Court award Neptune such other and further relief that this Court deems just and proper.

OF COUNSEL:

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, MD 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Dated: October 17, 2022

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Neptune Shipping Co., Ltd.*

## **VERIFICATION**

I am a Principal of the law firm Simms Showers LLP, of counsel to Plaintiff.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of Plaintiff made available to me by Plaintiff. Authorized officers of Plaintiff are not readily available in this District to make verifications on Plaintiff's behalf. I am authorized to make this verification on Plaintiff's behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers of Western in this District. There is no record of any general or resident agent authorized to accept service of process for Western in this District.

Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2022.

*/s/ J. Stephen Simms*
J. Stephen Simms